IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| STANLEY WASHINGTON, | ) | No. 0:20-cv-01479-RBH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 12th day of April, 2021, upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

April 12, 2021  
Florence, South Carolina

s/R. Bryan Harwell  
R. Bryan Harwell  
Chief United States District Judge